## Commonwealth ex rel. Morris *v.* Morris, Appellant.

Argued December 9, 1969. *Abraham J. Golden*, for appellant; *Herbert M. Linsenberg*, with

him *Richard M. Meltzer,* and *Meltzer & Schiffrin,* for appellee.

Order affirmed.